UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Charity Mitchell,<br><br>　　　　Petitioner<br><br>v.<br><br>American/US Airways, *et al.*,<br><br>　　　　Respondents | 2:15-cv-01921-JAD-PAL<br><br>**Order Adopting Report and Recommendation and Denying Application to Proceed** *in forma pauperis*<br><br>[ECF Nos. 1, 4] |

On July 14, 2016, Magistrate Judge Leen issued a report recommending that I deny plaintiff Charity Mitchell's application to proceed *in forma pauperis* and set a deadline for the payment of the filing fee. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections were due by July 31, 2016. Mitchell has filed no objection and she has already paid the $400 filing fee. Accordingly,

　IT IS HEREBY ORDERED that the magistrate judge's **report and recommendation [ECF No. 4] is ADOPTED and Mitchell's application to proceed** *in forma pauperis* **[ECF No. 1] is DENIED.**

　Dated August 5th, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).