UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Charity Mitchell,<br><br>      Plaintiff<br><br>v.<br><br>American/U.S. Airways Airline,<br><br>      Defendant | 2:15-cv-01921-JAD-PAL<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF No. 10] |

On March 16, 2017, Magistrate Judge Leen0 screened Charity Mitchell's complaint and permitted the ADA and retaliation claims to proceed against U.S. Airways/American Airlines, but she recommends that the claims against Doug Parker, Steve Olson, and Ron Rhoderick be dismissed with prejudice because these individual defendants are not proper targets for ADA claims.[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Objections to the magistrate judge's report and recommendation were due by March 30, 2017, and no objections have been filed. Accordingly,

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 10] is ADOPTED.** All claims against Doug Parker, Steve Olson, and Ron Rhoderick are DISMISSED with prejudice.

Dated this 5th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 10.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).