Jill Garcia, Esq.
Nevada Bar No.: 7805
jill.garcia@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.5694
*Attorneys for Defendant American Airlines, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHARITY MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. AIRWAYS/AMERICAN AIRLINES,<br><br>    Defendant. | Case No.: 2:15-cv-01921-JAD-PAL<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN AIRLINES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1 of the Local Rules of Practice of the United States District Court for the District of Nevada, Defendant American Airlines, Inc. ("Defendant")[1], seeks an extension of time, through and including April 28, 2017, in which to answer or otherwise respond to Plaintiff's Second Amended Complaint ("SAC")

//

//

---

[1] The Second Amended Complaint improperly names "U.S. Airways/American Airlines" as the Defendant. Plaintiff's employer was US Airways, Inc. However, on December 30, 2015, US Airways, Inc. ceased to exist as a separate entity and merged into American Airlines, Inc. The correct name of the Defendant is therefore American Airlines, Inc.

(ECF. No. 9). This is Defendant's first request for an extension of time. This Motion is supported by the following Memorandum of Points and Authorities.

Dated this 12th day of April, 2017.

>OGLETREE, DEAKINS, NASH, SMOAK
>& STEWART, P.C.
>
>
>     /s/ Jill Garcia
>Jill Garcia
>Wells Fargo Tower
>3800 Howard Hughes Parkway, Suite 1500
>Las Vegas, NV 89169
>Telephone: 702.369.6800
>*Attorneys for Defendant American Airlines, Inc.*

## **MEMORANDUM OF POINTS & AUTHORITIES**

Plaintiff filed her SAC on August 9, 2016, alleging disability discrimination and retaliation claims under the Americans with Disabilities Act of 1990 ("ADA").

On March 16, 2017, Magistrate Judge Peggy Leen issued a Screening Order and Report of Findings and Recommendation (ECF No. 10). Magistrate Leen permitted the ADA and retaliation claims to proceed against the named Defendant, US Airways/American Airlines, but recommended dismissing Plaintiff's claims against the three individual employee Defendants as ADA claims are properly asserted against the employer, not individual employees. The Court adopted the Report and Recommendation on April 5, 2017, and dismissed the individually named Defendants with prejudice (ECF No. 12).

At this time, Defendant is in the process of gathering and reviewing relevant information to adequately respond to Plaintiff's SAC. However, Defendant requires

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1100, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.791.7600

additional time to finish compiling and reviewing relevant information and to prepare a response. Therefore, Defendant requests an additional two weeks (through and including April 28, 2017) to answer or otherwise respond to the SAC. This is Defendant's first request for an extension of time to respond to the SAC. This request is made in good faith and will not cause undue prejudice to Plaintiff. Accordingly, Defendant's request for an extension should be granted.

Dated this 12th day of April, 2017.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Jill Garcia
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
*Attorneys for Defendant American Airlines, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 14, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.5694

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **Motion For Extension Of Time For Defendant American Airlines, Inc., To Answer Or Otherwise Respond To Plaintiff's Second Amended Complaint (First Request)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

I also hereby further certify that service of the foregoing **Motion For Extension Of Time For Defendant American Airlines, Inc., To Answer Or Otherwise Respond To Plaintiff's Second Amended Complaint (First Request)** was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

> Charity Mitchell
> 1130 White Rock Road #112
> El Dorado Hills, California 95762
> *Pro Per Plaintiff*

DATED this 12th day of April, 2017.

                                               /s/ Darhyl Kerr
                                               An Employee Of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.