Jill Garcia, Esq.
Nevada Bar No. 7805
jill.garcia@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:  702.369.6800
Fax:  7092.369.5694

*Attorneys for Defendant American Airlines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARITY MITCHELL,<br><br>       Plaintiff,<br><br>vs.<br><br>US AIRWAYS/AMERICAN AIRLINES,<br><br>       Defendants. | Case No. 2:15-cv-01921-JAD-PAL<br><br>**[PROPOSED]** **ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE** |

On July 10, 2017, the Court heard Defendant American Airlines, Inc.'s Motion to Dismiss, or in the Alternative, Transfer Venue.  (ECF No. 16.)  Defense counsel Jill Garcia appeared. Plaintiff, *pro se*, did not appear for the hearing.

The Court heard the representations of counsel regarding the pending motions before the Court.  It is ORDERED that Defendant American Airlines, Inc.'s Motion to Dismiss Or, In the Alternative, Transfer Venue is DENIED IN PART AND GRANTED IN PART.

The Court denies Defendant American Airlines Inc.'s Motion to Dismiss.

The Court grants Defendant American Airlines Inc.'s Motion to Transfer Venue.  "For the convenience of parties and witnesses, in the interest of justice, a District Court may transfer any civil action to any other district or division where it might have been brought."  28 U.S.C. §

1404(a). When considering a motion to transfer venue, the Court must "weigh multiple factors in its determination whether transfer is appropriate in a particular case." *Jones v. GNC Franchising, Inc.*, 211 F.3d 495, 498 (9th Cir. 2000) (*citing Stewart Org., Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988)). In particular, the Court must consider: (1) the convenience of the parties; (2) the convenience of the witnesses; and (3) the interest of justice. *Id*.

The Court finds a transfer to the District of Arizona is proper because: (1) the events Plaintiff complains of did not occur in Nevada; (2) the parties have more contacts with Arizona than they do with Nevada; (3) Arizona is a more convenient forum because the witnesses reside in Arizona; (4) there is more convenient access to sources of proof in Arizona; (5) it is unclear where Plaintiff currently resides, and may reside part-time in California; and (6) it would be unfair to impose jury duty on citizens of Nevada because Nevada has no relationship to the action. This case shall be transferred to the District of Arizona.

Further, the Early Neutral Evaluation ("ENE") currently set in this matter for July 27, 2017, is hereby vacated.

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

7/24/2017
_____
DATED

**IT IS ORDERED that this case is transferred to the District of Arizona. The Clerk of Court is instructed to close this case.**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that service of the foregoing **[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT AMERICAN AIRLINES, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER VENUE** was made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

Charity Mitchell
3108 St. Tropez
Las Vegas, NV  89128

Charity Mitchell
1130 White Rock Road, #112
El Dorado Hills, CA  95762

*Plaintiff Pro Per*

Dated this 21st day of July, 2017.

                                                /s/ Darhyl Kerr
An Employee of Ogletree, Deakins, Nash Smoak & Stewart, P.C.

30525017.1